IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:08CR3172 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| KEVIN BOSLAU, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the plaintiff's motion for an enlargement of time (filing 32) is denied without prejudice for the reason that the plaintiff's response to the defendant's objection (filing 30) is not currently due until on or after the requested extension date of April 1, 2009. *See* NECrimR 57.3(a) & 45.1.

March 23, 2009.            BY THE COURT:

                           s/ *Richard G. Kopf*
                           United States District Judge