IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:08CR3172 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| KEVIN S. BOSLAU, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1)     The plaintiff's unopposed motion to continue (filing 107) is granted.

(2)     Defendant Boslau's evidentiary hearing and sentencing are continued to Friday, January 15, 2010, at 2:30 p.m., before the undersigned United States district judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.  The defendant shall be present unless excused by the court.

Dated December 7, 2009.

BY THE COURT:

*Richard G. K opf*
United States District Judge