IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 4:08CR3172 |
| vs. ) | |
| ) | **PRELIMINARY ORDER** |
| KEVIN BOSLAU, ) | **OF FORFEITURE** |
| ) | |
| Defendant. ) | |

NOW ON THIS 19th day of January, 2010, this matter comes on before the Court upon the United States' Motion for Issuance of Preliminary Order of Forfeiture. The Court reviews the record in this case and, being duly advised in the premises, finds as follows:

1. On September 9, 2009, a jury convicted the Defendant of Counts I and II of the Superseding Indictment. Additionally, on the same day, the District Court, pursuant to Rule 32.2, Fed.R.Crim.P., forfeited the Defendant's interest in the firearms described in Count III of the Superseding Indictment.  Count I charges the Defendant with one count of selling a firearm to a convicted felon, in violation of 18 U.S.C. § 922(d). Count II charges the Defendant with one count of providing false statements during a firearms purchase, in violation of 18 U.S.C. § 922(a)(6). Count III of said Superseding Indictment sought the forfeiture, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), of a Glock model 17c 9mm pistol, a Glock model 17 9mm pistol, a Taurus .40 caliber pistol and an Intratec 9mm pistol on the basis they were firearms involved or used in the knowing commission of the offenses charged in Counts I and II.

2. By virtue of said plea of guilty, the Defendant forfeits his interest in the subject properties, and the United States should be entitled to possession of said properties, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

3. The United States' Motion for Issuance of Preliminary Order of Forfeiture should be sustained.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

A. The United States' Motion for Issuance of Preliminary Order of Forfeiture is hereby sustained.

B. Based upon Count III of the Indictment and the guilty verdict, the United States is hereby authorized to seize the a Glock model 17c 9mm pistol, a Glock model 17 9mm pistol, a Taurus .40 caliber pistol and an Intratec 9mm pistol.

C. The Defendant's interest in said properties is hereby forfeited to the United States for disposition in accordance with the law, subject to the provisions of 21 U.S.C., § 853(n)(1).

D. The aforementioned forfeited properties are to be held by the United States in its secure custody and control.

E. Pursuant to 21 U.S.C., § 853(n)(1), the United States forthwith shall publish for at least thirty consecutive days on an official Government internet site (www.forfeiture.gov) notice of this Order, Notice of Publication evidencing the United States' intent to dispose of the property in such manner as the Attorney General may direct, and notice that any person, other than the Defendant, having or claiming a legal interest in any of the subject forfeited property must file a Petition with the court within thirty days of the final publication of notice or of receipt of actual notice, whichever is earlier.

F. Said published notice shall state the Petition referred to in Paragraph E., above, shall be for a hearing to adjudicate the validity of the Petitioner's alleged interest in the properties, shall be signed by the Petitioner under penalty of perjury, and shall set forth the nature and extent of the Petitioner's right, title or interest in the subject properties and any additional facts supporting the Petitioner's claim and the relief sought.

G. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the properties subject to this Order as a substitute for published notice as to those persons so notified.

H. Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C., § 853(n), in which all interests will be addressed.

ORDERED this 19th day of January, 2010

BY THE COURT:

*Richard G. Kopf*
United States District Judge